# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:   August 26, 2020                                   Judge:  Honorable Charles R. Breyer

Court Reporter: Belle Ball
Time: 22 Minutes
Case No.: CR19-0524-1 CRB
Case Name:  USA v. Vladimir Magallan Gallegos (Custody) (Present)

Attorney(s) for Government: Christina Liu
Attorney(s) for Defendant(s): Robert Waggener
Interpreter: Daniel Navarro - Spanish
Probation Officer: Monica Romero

Deputy Clerk: Lashanda Scott


### PROCEEDINGS

Sentencing hearing held by Zoom.  Due to COVID-19 pandemic, all parties consent to having this matter heard by Zoom. The Court sentenced the defendant to the Bureau of Prisons for a term of 60 months.  Defendant placed on supervised release for a term of four years under the usual terms and conditions and the special conditions. The defendant shall pay a special assessment of $100.  The Court finds the defendant does not have the ability to pay a fine and orders it waived. Refer to Judgment for additional information.  Defendant in custody at Santa Rita Jail.